Order issued September *13*, 2012



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00771-CV

## IN THE INTEREST OF G.E.P., A CHILD

## ORDER

The Court has before it appellant's September 10, 2012 unopposed motion for extension of time to file reply brief. The Court **GRANTS** the motion and **ORDERS** appellant to file her reply brief by October 14, 2012.

ELIZABETH LANG-MIERS
JUSTICE